

**Jim Squire, CFE**
**Executive Vice President**
**Chief Development Officer**
**678-892-4113 (Direct)**
**404-202-5000 (Mobile)**
**jsquire@firestorm.com**

*California*
- Irvine
- Long Beach
- San Diego

*Colorado*
- Denver

*Georgia*
- Alpharetta
- Atlanta
- John's Creek
- Roswell

*Illinois*
- Chicago

*New Jersey*
- Freehold
- Parsippany
- Ridgewood

*New York*
- New York

*Texas*
- Austin
- Houston
- Mission

*Washington, DC*

*Wisconsin*
- Madison

October 20, 2015

Mr. Cyril Rayan
President  & CEO
Resiligence, Inc.
2088 Walsh Avenue
Suite C2
Santa Clara, California  95050

Dear Cyril:

I am pleased to send you the enclosed franchise documents for your new Firestorm franchise for Resiligence, Inc.  Congratulations!  Please sign and/or date the documents only where they are flagged, and return both copies of the Franchise Agreement and one copy of the Franchisee Compliance Certification to us.  There are several places in the Franchise Agreement for dates that will be added by Jim Satterfield when he executes the document, and we will send you a fully executed copy.

This letter will serve as recognition that Jim has agreed to waive the Initial Franchise Fee and the Minimum Continuing Royalty referenced in the Franchise Agreement.

Again congratulations and I look forward to working with you as the newest member of the Firestorm family.

Best regards.


kc:  enclosures

This document may include voluntarily provided business sensitive data that shall not be disclosed by Firestorm Solutions/Firestorm Franchising, LLC/ Recipient.  It shall not be duplicated, used or disclosed—in whole or in part. The data subject to this restriction is contained hereinabove and is considered private and confidential. ©2009 Firestorm Solutions/Firestorm Franchising, LLC — All Rights Reserved