

**Jim Squire, CFE**
**Executive Vice President**
**Chief Development Officer**
**678-892-4113 (Direct)**
**404-202-5000 (Mobile)**
**jsquire@firestorm.com**

*California*
- *Irvine*
- *Long Beach*
- *San Diego*

*Colorado*
- *Denver*

*Georgia*
- *Alpharetta*
- *Atlanta*
- *John's Creek*
- *Roswell*

*Illinois*
- *Chicago*

*New Jersey*
- *Freehold*
- *Parsippany*
- *Ridgewood*

*New York*
- *New York*

*Texas*
- *Austin*
- *Houston*
- *Mission*

*Washington, DC*

*Wisconsin*
- *Madison*

October 16, 2015,

Mr. Blair Neville
Managing Principal
Novawood, Inc.
151 Bellair Road
Ridgewood, NJ 07450

Dear Blair:

I am pleased to send you the enclosed fully executed franchise documents for your Firestorm franchise renewal for Novawood, Inc.  Congratulations!

When you signed the franchise agreement you dated the first page of Exhibit D, Personal Covenants, September 15, 2015, and it should have been left undated until Jim Satterfield executed the agreement October 16, 2015.  That is the effective date of your franchise renewal.  I have enclosed two copies of a new Exhibit D with that date entered.  Please sign both copies, replace Exhibit D in your agreement with one of the copies, and return the other to me.

Also this letter will confirm that Firestorm will waive the minimum Continuing Royalty in Paragraph 5.2 of $1,000 for the term of your Franchise Agreement dated October 16, 2015.

Again congratulations Blair, and I look forward to continuing to work with you as a member of the Firestorm family.

Best regards.


kc:  enclosures