590 Madison Avenue, 20th Floor, New York, NY  10022-2524 ▪ p212 223-4000 ▪ f212 223-4134



**Sarah Michelle Gilbert**
**(212) 895-4226**
**SGilbert@crowell.com**

October 9, 2019

**VIA ECF**

Honorable Valerie E. Caproni
United States District Court for the Southern District
of New York
United States Courthouse
40 Foley Square, Rm. 240
New York, New York 10007

Re:   Rekor Systems, Inc. v. Loughlin, et. al. Case No. 1:10-cv-07767-VEC (S.D.N.Y.) –
      Amended Complaint

Dear Judge Caproni:

    Concurrently with this letter, Plaintiff Rekor Systems, Inc. ("Rekor") files its first amended complaint. Counsel for Defendants have given their written consent for Rekor to file this amended pleading, with the caveat that their consent is limited to the filing in and of itself and not to the content of the amended complaint.

                             Sincerely,

                             */s/ Sarah Michelle Gilbert*

                             Sarah Michelle Gilbert

cc: (via ECF):  Robert C. Boneberg
                John J.D. McFerrin-Clancy