**FLEISCHMAN BONNER & ROCCO LLP**
ATTORNEYS AT LAW

81 MAIN STREET • SUITE 515 • WHITE PLAINS • NEW YORK • 10601
TEL: 914.278.5100 • FAX: 917.591.5245 • WEB: WWW.FBRLLP.COM

EMAIL: kfleischman@fbrllp.com

December 17, 2019

**VIA ECF**

The Honorable Valerie E. Caproni
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, NY 10007

   Re: *Rekor Sys. Inc. v. Loughlin et al.*, Case No. 1:19-cv-07767-VEC (S.D.N.Y)
     Consented-to Substitution of Counsel

Dear Judge Caproni:

  We write jointly in accordance with Chambers' direction following Crowell & Moring's telephone call to Chambers yesterday afternoon. Plaintiff Rekor Systems, Inc. ("Rekor"), and Counterclaim Defendants Robert A. Berman, Eyal Hen, James K. McCarthy, Paul A. de Bary, Glenn Goord, Christine Harada, David Hanlon, Richard Nathan, Steven D. Croxton, Firestorm Solutions, LLC and Firestorm Franchising LLC have decided to substitute the law firm of Fleischman Bonner & Rocco LLP ("FBR") for Crowell & Moring LLP ("Crowell") in the above-referenced action. Attached are four (4) Consent Orders Granting Substitution of Attorney for FBR attorneys Keith M. Fleischman, Joshua D. Glatter, June H. Park, and Tyler E. Van Put, which we respectfully request that the Court approve and so Order. A Notice of Appearances for Keith M. Fleischman was filed yesterday by ECF.

  Crowell also respectfully requests that they be terminated as counsel of record, and the Court remove Crowell and all Crowell attorneys who have appeared in the case to date from further electronic notices on this matter.

  We thank the Court for its consideration, and should Your Honor or Chambers have any questions please do not hesitate to contact us.

               Respectfully submitted,

               */s/ Keith M. Fleischman*

               Keith M. Fleischman
               for Fleischman Bonner & Rocco LLP

               */s/ Sarah Michelle Gilbert*

               Sarah Michelle Gilbert
               for Crowell & Moring LLP

cc: Robert C. Boneberg, Esq. (via ECF)
  John J.D. McFerrin-Clancy, Esq. (via ECF)

AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

SOUTHERN **District of** NEW YORK

REKOR SYSTEMS, INC.
        Plaintiff (s),

V.

SUZANNE LOUGHLIN et al
        Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 1:19-cv-07767-VEC

Notice is hereby given that, subject to approval by the court, REKOR SYSTEMS, INC. substitutes
(Party (s) Name)

Keith M. Fleischman , State Bar No. 1988690 as counsel of record in
(Name of New Attorney)

place of Sarah Gilbert, Glen McGorty, Crowell & Moring LLP .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: FLEISCHMAN BONNER & ROCCO LLP
    Address: 81 MAIN STREET, WHITE PLAINS, NY 10601
    Telephone: (914) 278-5100     Facsimile (917) 591-5245
    E-Mail (Optional): kfleischman@fbrllp.com

I consent to the above substitution.
Date: 12/17/19

Paul de Bary, Lead Director, Rekor Systems, Inc.
(Signature of Party (s))

I consent to being substituted.
Date: 12/16/19

(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 12/17/19

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____

                                            Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| SOUTHERN | District of | NEW YORK |

REKOR SYSTEMS, INC.
            Plaintiff (s),
V.
SUZANNE LOUGHLIN et al
            Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 1:19-cv-07767-VEC

Notice is hereby given that, subject to approval by the court, __REKOR SYSTEMS, INC.__ substitutes
(Party (s) Name)

__Joshua D. Glatter__, State Bar No. __2700243__ as counsel of record in
(Name of New Attorney)

place of __Sarah Gilbert, Glen McGorty, Crowell & Moring LLP__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:  FLEISCHMAN BONNER & ROCCO LLP
Address:    81 MAIN STREET, WHITE PLAINS, NY 10601
Telephone:  (914) 278-5100    Facsimile (917) 591-5245
E-Mail (Optional): jglatter@fbrllp.com

I consent to the above substitution.
Date:    12/17/2019

Paul de Bary, Lead Director, Relor Systems, Inc.
(Signature of Party (s))

I consent to being substituted.
Date:    12/16/19

(Signature of Former Attorney (s))

I consent to the above substitution.
Date:    12/17/19

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____    _____
                                        Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**

AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

SOUTHERN District of NEW YORK

REKOR SYSTEMS, INC.
        Plaintiff (s),
V.
SUZANNE LOUGHLIN et al
        Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 1:19-cv-07767-VEC

Notice is hereby given that, subject to approval by the court, REKOR SYSTEMS, INC. substitutes
(Party (s) Name)

June H. Park , State Bar No. 4321048 as counsel of record in
(Name of New Attorney)

place of Sarah Gilbert, Glen McGorty, Crowell & Moring LLP .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:     FLEISCHMAN BONNER & ROCCO LLP
    Address:     81 MAIN STREET, WHITE PLAINS, NY 10601
    Telephone:     (914) 278-5100     Facsimile (917) 591-5245
    E-Mail (Optional):     jpark@fbrllp.com

I consent to the above substitution.
Date: 12/17/19

Paul de Bary, Lead Director, Rekor Systems, Inc.
(Signature of Party (s))

I consent to being substituted.
Date: 12/16/19

(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 12/17/19

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____

Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**

AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| SOUTHERN | District of | NEW YORK |
|---|---|---|

REKOR SYSTEMS, INC.
                Plaintiff (s),
V.
SUZANNE LOUGHLIN et al
                Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 1:19-cv-07767-VEC

Notice is hereby given that, subject to approval by the court, **REKOR SYSTEMS, INC.** substitutes
(Party (s) Name)

**Tyler E. Van Put**, State Bar No. **5206768** as counsel of record in
(Name of New Attorney)

place of **Sarah Gilbert, Glen McGorty, Crowell & Moring LLP**.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:         FLEISCHMAN BONNER & ROCCO LLP
    Address:            81 MAIN STREET, WHITE PLAINS, NY 10601
    Telephone:        (914) 278-5105     Facsimile (917) 591-5245
    E-Mail (Optional):  tvanput@fbrllp.com

I consent to the above substitution.
Date: 12/17/2019

*(signature)* Paul de Bary, Lead Director, Rekor Systems Inc.
(Signature of Party (s))

I consent to being substituted.
Date: 12/16/19

*(signatures)*
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 12/17/19

*(signature)*
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____                             _____
                                                                                           Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**