UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

Rekor Systems, Inc.                                                                    No. 19-cv-7767(LJL)

      Plaintiff,

  v.

                     **Notice of Dismissal of Action Against
                     Additional Defendants on Counterclaims**

Suzanne Loughlin, Harry Rhulen and
James Satterfield

      Defendants

   And

CrisisRisk Strategies, LLC

      Additional Plaintiff
      On Counterclaims

v.

Robert A. Berman, Eyal Hen,
James K. McCarthy, Paul A. de Bary,
Glenn Goord, Christine Harada, David
Hanlon, Richard Nathan, Steven
D. Croxton, Firestorm Solutions, LLC,
and Firestorm Franchising, LLC

      Additional Defendants
      On Counterclaims
-------------------------------------------------------X

   WHEREAS, in their answer, filed on February 28, 2020, defendants asserted claims in Counterclaims 4 and 6 as against Additional Defendants on Counterclaims Robert A. Berman, Eyal Hen, James K. McCarthy, Paul A. de Bary, Glenn Goord, Christine Harada, David Hanlon, Richard Nathan, and Steven D. Croxton (collectively, "Additional Defendants on Counterclaims"), and

   WHEREAS, the only claims asserted in the action against the Additional Defendants on Counterclaims are those claims alleged in Counterclaims 4 and 6, and

WHEREAS, the Additional Defendants on Counterclaims have moved the Court, pursuant to Fed. R. Civ. P. 12 (b) (2) and (6) for an Order dismissing Counterclaims 4 and 6, now

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a) (1) (A) (i) and (c), that Defendants hereby dismiss the action as against the Additional Defendants on Counterclaims.

Dated: April 6, 2020

Respectfully submitted,

John J. D. McFerrin-Clancy, Esq
17 State Street, 40th Floor
New York, NY 10004
646.771.7377

And

Robert C. Boneberg, Esq.
43 Madison Avenue
Maplewood, NJ 07040
bonebergesquire@gmail.com
973.886.6576

*Attorneys For Defendants
And Additional Plaintiff on
Counterclaims*