UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

Rekor Systems, Inc.
     Plaintiff,

  v.

Suzanne Loughlin, Harry Rhulen and
James Satterfield,
     Defendants

  And

CrisisRisk Strategies, LLC

     Additional Plaintiff
     On Counterclaims

  v.

Robert A. Berman, Eyal Hen,
James K. McCarthy, Paul A. de Bary,
Glenn Goord, Christine Harada, David
Hanlon, Richard Nathan, Steven
D. Croxton, Firestorm Solutions, LLC,
and Firestorm Franchising, LLC

     Additional Defendants
     On Counterclaims

-----------------------------------------------------------X

No. 19-cv-7767 (LJL)

**NOTICE OF MOTION**

  **PLEASE TAKE NOTICE** that, upon (a) Defendants' Memorandum of Law In Support of Their Motion For Judgment on the Pleadings, dated April 26, 2020; and (b) the Declaration of Robert C. Boneberg, dated April 26, 2020, and the exhibits thereto; and (c) all prior proceedings and matters of record in this action, Defendants Suzanne Loughlin, Harry Rhulen and James Satterfield ("Defendants"), by and through their undersigned counsel, will move this Court before the Honorable Lewis J. Liman, United States District Judge, Southern District of New

York, at the United States Courthouse, 500 Pearl Street, New York, New York, courtroom 15C, at a time and date to be determined by the Court, for an order pursuant to the Federal Rule of Civil 12(c) (i) granting Defendants partial judgment on the pleadings, and dismissing plaintiff's claim for rescission, with prejudice; and (ii) for such other and further relief as to this Court seems just and proper.

Dated: April 26, 2020

Respectfully submitted,

*/s/ John J. D. McFerrin-Clancy*

John J. D. McFerrin-Clancy, Esq
17 State Street, 40th Floor
New York, NY 10004
jmc@mcferrin-clancy.com
646.771.7377

And

Robert C. Boneberg, Esq.
43 Madison Avenue
Maplewood, NJ 07040
bonebergesquire@gmail.com
973.886.6576

*Attorneys For Defendants and*
*Additional Plaintiff on Counterclaims*