USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/12/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
REKOR SYSTEMS, INC.; LOUGHLIN et al.,

                                               Plaintiffs,

       -v-

LOUGHLIN, et al.; GOORD,

                                               Defendant(s).
-------------------------------------------------------------------X

19-cv-7767 (LJL)
20-cv-6357 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

      The above-captioned cases involve common questions of law and fact. For the reasons stated at conference held on November 12, 2020, the Court exercises its discretion to consolidate these cases into a single action. *See* Federal Rule of Civil Procedure 42(a)(2).

      The Clerk of Court is respectfully directed to consolidate all cases listed above under case number 19-cv-7767. **Counsel are directed to make filings only under case number 19-cv-7767.**

      A case management plan indicating the discovery schedule in each of these actions, as discussed at conference, will issue by separate order.

      SO ORDERED.

Dated: November 12, 2020
       New York, New York

                                                          LEWIS J. LIMAN
                                                          United States District Judge