UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X
REKOR SYSTEMS, INC., Plaintiff and
Counterclaim-Defendant,

       -against-

SUZANNE LOUGHLIN, HARRY RHULEN,
and JAMES SATTERFIELD, Defendants and
Counterclaim-Plaintiffs,  and

CRISISRISK STRATEGIES, LLC,
Counterclaim-Plaintiff

       -against-

ROBERT A. BERMAN, EYAL HEN, JAMES
K. MCCARTHY, PAUL A.
 DE BARY, GLENN GOORD,
CHRISTINE HARADA, DAVID
HANLON, RICHARD NATHAN,
STEVEN D. CROXTON, FIRESTORM
SOLUTIONS, LLC, AND FIRESTORM
FRANCHISING, LLC, Counterclaim-
Defendants
------------------------------------------------------- X

ORDER

19-CV-7767 (LJL) (KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      On April 6, 2021, plaintiff Rekor Systems, Inc., requested a conference to address a discovery dispute involving the defendants' failure to provide to the plaintiff a revised list of search terms for discovery of electronically stored information. Docket Entry No. 108. On April 7, 2021, defendants Suzanne Loughlin, Harry Rhulen, and James Satterfield and counterclaim plaintiff Crisis Risk represented to the Court that the revised list of search terms had been provided to the plaintiff on that day.  See Docket Entry No. 108.  The defendants explained that

1

the delay in providing the revised list of search terms was caused by their counsel's "personal and family health problems."

Given the defendants' representation that the revised list of search terms has now been provided to the plaintiff, it is not clear to the Court that a dispute still exists. The parties are directed to meet and confer meaningfully regarding the defendants' revised list of search terms. If a dispute still exists that the parties are unable to resolve without Court intervention, the parties shall file a joint letter that complies with Rule 2.A of the Court's Individual Rules of Practice.

Dated: New York, New York

April 19, 2021

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE