UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
REKOR SYSTEMS, INC.,

                            Plaintiff,

    -v-

SUZANNE LOUGHLIN, et al.,

                           Defendants.
------------------------------------------------------------------X

19-cv-7767 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

    Upon consideration of the parties' letters, at Dkt. Nos. 133 and 134, it is HEREBY ORDERED that all fact discovery shall be completed by September 13, 2021; all expert discovery shall be completed by October 15, 2021. No further extension of the discovery schedule will be granted without a showing of good cause, *see Furry Puppet Studio Inc. v. Fall Out Boy*, 2020 WL 4978080, at *1 (S.D.N.Y. Feb. 24, 2020), and the parties' obligation to brief Defendants' motion for partial summary judgment will not be deemed good cause for any further extension. Nor is discovery stayed pending briefing on the motion for summary judgment.

    IT IS FURTHER ORDERED that the order of reference to Magistrate Judge Fox for General Pretrial is hereby WITHDRAWN. The Clerk of Court is respectfully directed to terminate the reference.

    SO ORDERED.

Dated: June 21, 2021
       New York, New York

                                             LEWIS J. LIMAN
                                             United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/21/2021