```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/23/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
REKOR SYSTEMS, INC.,                                               :
:
                  Plaintiff,                       :
:     19-cv-7767 (LJL)
     -v-                                                          :
:     ORDER
:
SUZANNE LOUGHLIN et al.,                                           :
:
                  Defendants.                      :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

       The Court will hear from the parties on the letter motion for discovery, Dkt. No. 162, on October 1, 2021 at 4:00 p.m. The parties are directed to dial into the Court's teleconference line at 888-251-2909 and use access code 2123101.

       In the meantime, the parties are ordered to meet and confer regarding the timing and location of the depositions and whether an extension should be granted for depositions until November 12, 2021. The parties are directed to inform the Court by no later than Monday, September 27, 2021 whether they have reached an agreement with respect to the depositions.

       SO ORDERED.

Dated: September 23, 2021
       New York, New York

                                                                                   LEWIS J. LIMAN
                                                                 United States District Judge