# Invoice



FROM:
John J.D. McFerrin-
Clancy, Esq.

17 State Street
40th Floor
New York, New York 10004
(646) 771-7377

TO:
Crisisrisk
492 Old Sackett Road
Rock Hill, New York 12775

Number          207

          Rekor

Date Issue   Feb 4, 2020

Terms       Upon Receipt

## FEES & EXPENSES

| DATE | | DESCRIPTION | RATE | TOTAL |
|------|--|-------------|------|-------|
| 01/06/20<br>John McFerrin-Clancy | Fee | Call w/opposing counsel re: entry into case, extension of deadlines [.25]; call w/R. Boneberg re: same, significance of change of Rekor counsel [.25] | $550.00<br>x 0.50 | $275.00 |
| 01/07/20<br>John McFerrin-Clancy | Fee | ████████████████████████████████ | $550.00<br>x 0.20 | ████ |
| 01/17/20<br>John McFerrin-Clancy | Fee | Call w/ R. Boneberg re: other sides second amended complaint, whether to consent, tactical considerations re: same, motion practice | $550.00<br>x 0.50 | $275.00 |
| 01/22/20<br>John McFerrin-Clancy | Fee | Review Rekor's opposition to our fee motion | $550.00<br>x 0.75 | $412.50 |
| 01/28/20<br>John McFerrin-Clancy | Fee | Review judge's individual rules, form discovery order and Rule 16 and 26 to prepare position for joint status letter and meet and confer with opponents/confernce [.3]; call w/R. Boneberg re: joint letter, our position on discovery and motion schedule, tactical considerations re: same [1.25] | $550.00<br>x 1.55 | $852.50 |
| 02/01/20<br>John McFerrin-Clancy | Fee | Review emails between R. Boneberg and clients re: discovery issues, development of issue/fact outline, and possibility of another Rule 11 motion | $550.00<br>x 0.25 | $137.50 |
| 02/03/20<br>John McFerrin-Clancy | Fee | Review draft of first set of interrogatories to plaintiff [.5]; review preservation notice letter [.2]; call with opposing counsel and R. Boneberg re: pre-conference deadlines/schedule, motion practice [.5]; | $550.00<br>x 1.20 | $660.00 |
| 02/04/20<br>John McFerrin-Clancy | Fee | Call w/Transperfect, R. Boneberg and clients re: process of collecting, reviewing, producing electronic discovery [1.5]; call with R. Boneberg, clients re: follow up [.5]; review and revise mandatory "joint letter" on scheduling, discovery [1]; review case management order prepared with input from plaintiff [1]; call and email w/R. Boneberg re: reassignment of case to Judge Liman [.25] | $550.00<br>x 4.25 | $2,337.50 |
| 02/05/20<br>John McFerrin-Clancy | Fee | Review order from Judge Liman on conference [.2]; emails and calls w/R. Boneberg, other side, re: whether case has been transferred to Liman or not [.25] | $550.00<br>x 0.45 | $247.50 |
| 02/06/20<br>John McFerrin-Clancy | Fee | Review email exchange with client re: franchisee and emails destruction issues [.25]; call and email with R. Boneberg re: same, confirmation of transfer of case to Liman, Transperfect SOW [.5] | $550.00<br>x 0.75 | $412.50 |
| 02/07/20<br>John McFerrin-Clancy | Fee | Review emails between R. Boneberg and clients re: facts/witnesses re: Georgia serve[.2]r ; ████████████████████ | $550.00<br>x 0.30 | $165.00 |
| 02/09/20<br>John McFerrin-Clancy | Fee | Review R. Boneberg letter to judge re: extension of schedule [.2]; review R. Boneberg emails w/clients re: status/access to their Rekor emails [.2] | $550.00<br>x 0.40 | $220.00 |
| 02/10/20<br>John McFerrin-Clancy | Fee | ████████████, review email from plaintiff re: new requirements for Liman's case management order [.25] | $550.00<br>x 0.75 | $412.50 |
| 02/11/20<br>John McFerrin-Clancy | Fee | Review revised joint letter to judge re: scheduling, pre-conference information required | $550.00<br>x 0.40 | $220.00 |

| DATE | | DESCRIPTION | RATE | TOTAL |
|---|---|---|---|---|
| 04/24/20<br>John McFerrin-Clancy | Fee | Review and finalize fifth document request | $550.00<br>x 1.50 | $825.00 |
| 04/30/20<br>John McFerrin-Clancy | Fee | ████████████████████████████████ | $550.00<br>x 0.50 | $275.00 |
| 05/01/20<br>John McFerrin-Clancy | Fee | Review and finalize sixth document request [1.5]; ████████<br>████████████████████████████ view<br>scheduling letter on 12(c) briefing from Rekor [.25] | $550.00<br>x 3.30 | $1,815.00 |
| 05/05/20<br>John McFerrin-Clancy | Fee | ████████████████████████████████ | $550.00<br>x 0.40 | $220.00 |
| 05/08/20<br>John McFerrin-Clancy | Fee | ██████████████████████ eview Rekor discovery<br>dispute letters re: interrogatory responses [.5] | $550.00<br>x 2.65 | $1,457.50 |
| 05/12/20<br>John McFerrin-Clancy | Fee | Review and revise response to Rekor letter on discovery objections [1.25]; call<br>w/R. Boneberg re: same, meet and confer coming up [.8] | $550.00<br>x 2.05 | $1,127.50 |
| 05/14/20<br>John McFerrin-Clancy | Fee | Review Rekor's responses and objections to second document demand | $550.00<br>x 0.60 | $330.00 |
| 05/16/20<br>John McFerrin-Clancy | Fee | Review and comment on proposed letter to judge re: failure to rule on motions<br>[.3]; review and substantial revisions to draft responses to request to admit [4];<br>call w/R. Boneberg re: all [.7] | $550.00<br>x 5.00 | $2,750.00 |
| 05/17/20<br>John McFerrin-Clancy | Fee | Review and revise response to Rekor interrogatories [1]; call w/R. Boneberg re:<br>same [.3] | $550.00<br>x 1.30 | $715.00 |
| 05/18/20<br>John McFerrin-Clancy | Fee | Review and revise response to request to admit [1]; review our response to first<br>document request [1]; review discovery dispute letter from Rekor [.4]; review<br>Rekor's responses and objections to our second set of interrogatories [.3] | $550.00<br>x 2.70 | $1,485.00 |
| 05/19/20<br>John McFerrin-Clancy | Fee | Call w/R. Boneberg to prep for meet and confer [.1]; telephonic meet and confer<br>[.7]; follow up call w/R. Boneberg [.25]; revise responses to first set of<br>interrogatories [.5] | $550.00<br>x 1.60 | $880.00 |
| 05/21/20<br>John McFerrin-Clancy | Fee | review and comment on draft letter to Rekor on follow up issue from meet and<br>confer [.5]; review Rekor's responses and objections to our third document<br>request [.4] | $550.00<br>x 0.90 | $495.00 |
| 05/22/20<br>John McFerrin-Clancy | Fee | Further revise responses and objections to requests to admit [2]; calls w/R.<br>Boneberg re: same [.5] | $550.00<br>x 2.50 | $1,375.00 |
| 05/26/20<br>John McFerrin-Clancy | Fee | Revise and finalize response to interrogatories, response to requests to admit<br>and response to first document demand [2.5]; call w/ R. Boneberg re: same<br>[.25] | $550.00<br>x 2.75 | $1,512.50 |
| 06/05/20<br>John McFerrin-Clancy | Fee | Review cases from R. Boneberg re: parallel claims for fraud and contract [.75];<br>call w/R. Boneberg re: same, dismissal stipulation [.3] | $550.00<br>x 1.05 | $577.50 |
| 06/11/20<br>John McFerrin-Clancy | Fee | Review Rekor's responses and objections to our fourth, fifth and sixth<br>document requests [1.5]; call w/R. Boneberg re: same, meet and confer<br>process [.75] | $550.00<br>x 2.25 | $1,237.50 |
| 06/16/20<br>John McFerrin-Clancy | Fee | Reviewed and marked up our discovery dispute letter to Rekor [1]; reviewed<br>Rekor discovery letter to us [1.5]; call w/R. Boneberg re: same, plan for meet<br>and confer [.3] | $550.00<br>x 2.80 | $1,540.00 |
| 06/18/20<br>John McFerrin-Clancy | Fee | Review Biebalt case cited by Rekor, research case history [.6]; call w/R.<br>Boneberg going over Rekor discovery letter and our response for meet and<br>confer [.6] | $550.00<br>x 1.20 | $660.00 |
| 06/19/20<br>John McFerrin-Clancy | Fee | Meet and confer call with Rekor and R. Boneberg [1.5]; call w/R. Boneberg to<br>follow up [.1] | $550.00<br>x 1.60 | $880.00 |
| 06/22/20<br>John McFerrin-Clancy | Fee | Review, revise and finalize reply brief on 12(c) motion [2]; call w/R. Boneberg<br>re: same, next set of interrogatories [.1] | $550.00<br>x 2.10 | $1,155.00 |

| DATE | | DESCRIPTION | RATE | TOTAL |
|---|---|---|---|---|
| 02/13/20<br>John McFerrin-Clancy | Fee | Review recent emails from client re: document "destruction" claim [.2]; call w/ R. Boneberg about how to escalate possible spoliation/meritless issue on computer claim, next steps procedurally [.5] | $550.00<br>x 0.70 | $385.00 |
| 02/17/20<br>John McFerrin-Clancy | Fee | Answered research questions for R. Boneberg re: issue in reply on fee motion and emails w/ R. Boneberg re: same [3] | $550.00<br>x 3.00 | $1,650.00 |
| 02/20/20<br>John McFerrin-Clancy | Fee | Reviewed and finalized reply brief and affidavit on fee motion [2]; call w/R. Boneberg on reply, answer, 26(a) disclosures, electronic discovery document requests [.75] | $550.00<br>x 2.75 | $1,512.50 |
| 02/25/20<br>John McFerrin-Clancy | Fee | Review and finalize first document demand re: Georgia server [1] | $550.00<br>x 1.00 | $550.00 |
| 02/27/20<br>John McFerrin-Clancy | Fee | Review, revise and finalize answer to second amended complaint, emails w/R. Boneberg re: same [1.5] | $550.00<br>x 1.50 | $825.00 |
| 02/28/20<br>John McFerrin-Clancy | Fee | Revise and finalize answer to second amended complaint [2] | $550.00<br>x 2.00 | $1,100.00 |
| 03/03/20<br>John McFerrin-Clancy | Expense | Prepare hard copies of fee motion papers to judge (per judge's rules), with copy to R. Boneberg and JMC | $477.97<br>x 1.00 | $477.97 |
| 03/03/20<br>John McFerrin-Clancy | Fee | Review and revise first set of interrogatories [1.5]; call w/R. Boneberg re: interrogatories, 26(a) disclosures [.3] | $550.00<br>x 1.80 | $990.00 |
| 03/04/20<br>John McFerrin-Clancy | Fee | Finalize first set of interrogatories [.5] | $550.00<br>x 0.50 | $275.00 |
| 03/16/20<br>John McFerrin-Clancy | Fee | Review Rule 26(a) disclosures, revise and finalize same, emails w/R. Boneberg re: same [2] | $550.00<br>x 2.00 | $1,100.00 |
| 03/17/20<br>John McFerrin-Clancy | Fee | Review initial Rule 26(a) disclosures from Rekor | $550.00<br>x 0.60 | $330.00 |
| 03/26/20<br>John McFerrin-Clancy | Fee | Review Rekor's responses and objections to first document demand [.5]; email w/R. Boneberg re: follow up points to Rekor [.25] | $550.00<br>x 0.75 | $412.50 |
| 03/30/20<br>John McFerrin-Clancy | Fee | ███████████████████████████████████████ | $550.00<br>x 2.10 | $1,155.00 |
| 04/01/20<br>John McFerrin-Clancy | Fee | ███████████████████████████████████████ | $550.00<br>x 0.80 | $440.00 |
| 04/02/20<br>John McFerrin-Clancy | Fee | ███████████████████████████ review Rekor's responses and objections to first interrogatories [.5]; c█████████ | $550.00<br>x 0.85 | $467.50 |
| 04/06/20<br>John McFerrin-Clancy | Fee | ███████████████████████████████████████ | $550.00<br>x 0.75 | $412.50 |
| 04/07/20<br>John McFerrin-Clancy | Fee | Research on timing of defendant's answer [1]; call w/R. Boneberg re: same [.2] | $550.00<br>x 1.20 | $660.00 |
| 04/14/20<br>John McFerrin-Clancy | Fee | Review and finalize our second set of interrogatories [1]; review and finalize our second document demand [1] | $550.00<br>x 2.00 | $1,100.00 |
| 04/15/20<br>John McFerrin-Clancy | Fee | Review, revise and finalize new 12(c) motion papers [3]; draft notice of motion for same [.25] | $550.00<br>x 3.25 | $1,787.50 |
| 04/16/20<br>John McFerrin-Clancy | Fee | Review and finalize third document demand [1]; Calls w/R. Boneberg re: date for Rekor's answer to counterclaims, our next steps, timing [.8] | $550.00<br>x 1.80 | $990.00 |
| 04/20/20<br>John McFerrin-Clancy | Fee | Review Rekor's first interrogatories, demand for documents and requests to admit [2.5] | $550.00<br>x 2.50 | $1,375.00 |
| 04/21/20<br>John McFerrin-Clancy | Fee | Review and finalize our third set of interrogatories [1] and fourth document request [1] | $550.00<br>x 2.00 | $1,100.00 |
| 04/22/20<br>John McFerrin-Clancy | Fee | Review Rekor answer to counterclaims [2]; call w/R. Boneberg re: same, next steps [.25] | $550.00<br>x 2.25 | $1,237.50 |



| DATE | | DESCRIPTION | RATE | TOTAL |
|---|---|---|---|---|
| 06/24/20 John McFerrin-Clancy | Fee | Meet and confer call w/Rekor and R. Boneberg [2.2]; follow on call w/ R. Boneberg [.1] | $550.00 x 2.30 | $1,265.00 |
| 06/27/20 John McFerrin-Clancy | Fee | ████████████████████████████ | $550.00 x 1.50 | $825.00 |
| 06/29/20 John McFerrin-Clancy | Fee | ████████████████████████████ | $550.00 x 1.25 | $687.50 |

My wire instructions are:

Fees
Expenses
**Total**



Swiftcode/Routing: Citi US 33

Account type: CB Streamlined Checking

Account holder: John J.D. McFerrin-Clancy, Esq.

Account number: ███████

Unchanged hours — 56

Citibank Routing No.: ███████

█████ 6.75

0.80

Citibank

7.45

181 Montague Street

1.70

Brooklyn, New York 11201

6.55

# ROBERT C. BONEBERG, ESQUIRE
43 Madison Avenue
Maplewood, New Jersey  07040
(973) 886-6576 (c)
bonebergesquire@gmail.com

2/3/2020

To: Suzanne Loughlin
Harry Rhulen
James Satterfield

Rekor Systems v Loughlin, et al.
Total Amount due: ▮▮▮▮▮▮

| Date | Time | Activity |
|------|------|----------|
| 1/2/20 | .7 | Tel. Conf. w/ J. Satterfield re: strategy and franchises (.7) |
| 1/6/20 | 1.9 | Tel. Conf. w/ J. McFerrin-Clancy, K. Fleischman, and J. Glatter re: settlement (.5), Tel. Conf. w/ Court Chambers re: schedule (NC), Tel. Conf. w/ J. McFerrin-Clancy re: strategy (.3), Report to clients on calls (NC), Tel. Conf. w/ clients re: strategy (1.1) |
| 1/7/20 | 1.5 | Review PRA (.3), Tel. Confs. w/ H. Rhulen and S. Loughlin re: settlement (.8), Tel. Conf. w/ J. McFerrin-Clancy re: settlement (.2), Tel. Conf. w/ K. Fleischman re: settlement (.2), report to clients on calls (NC) |
| 1/16/20 | 1.2 | Tel. Conf. w/ J. Glatter re: case schedule and 2nd amended complaint, legal research re: amended pleadings, report to clients (1.2) |
| 1/17/20 | 3.1 | Legal Research re: Computer Fraud & Abuse Act (.7), Tel. Confs. w/ J. McFerrin-Clancy re: amended pleading and case schedule (.5), Tel. Confs. w/ J. Glatter & K. Fleischman re: amended pleading and case schedule (.5), Tel. Confs. w/ H. Rhulen re: amended complaint and case schedule (1.4), E-mails w/clients re: amendment and schedule (NC) |
| 1/18/20 | 1.0 | E-mails w/ clients re: depositions and computer fraud claims (.3), Tel. Confs. w/ H. Rhulen re: amended complaint, computer fraud claims, and strategy (.7) |
| 1/21/20 | .8 | E-mail and Tel. Conf. w/ M. Eaton re: electronic discovery (.5), |

Page 2

|  |  | E-mails w/ clients re: discovery and case schedule (.3) |
|---|---|---|
| 1/22/20 | 2.3 | Tel. Conf. w/ M. Eaton re: electronic discovery (.6) Tel. Conf. w/ J. McFerrin-Clancy re: discovery and case strategy (.5), E-mails w/ clients re: discovery and case strategy (.3), Tel. Conf. w/ J. Satterfield and H. Rhulen re; discovery and case strategy (.9) |
| 1/24/19 | 1.1 | Review Fee motion opposition (1.0), Tel. Conf. w/ J. Glatter re: case schedule (.1) |
| 1/25/20 | .8 | Legal research re: Rekor cases opposing fee motion (.8) |
| 1/27/20 | 2.0 | E-mails w/ J. Glatter re: case schedule (.2), Review documents and work on mandatory disclosure witness list and related e-mail to clients (1.8) |
| 1/28/20 | 1.6 | Tel. Conf. and e-mails w/ J. Glatter re; case schedule and review draft letter to Court (.3), Tel. Conf. w/ J. McFerrin-Clancy re: mandatory court scheduling submissions (1.3) |
| 1/29/20 | 3.2 | Draft interrogatories (2.0), E-mail w/ J. Glatter re: 2nd amended complaint (NC), E-mails w/ clients and Transperfect re: conference call (NC), Review Rule 12 ( c) motion memorandum (.2), Review draft 2nd amended complaint (1.0), Tel. Conf. w/ J. McFerrin-Clancy re: draft 2nd amended complaint (NC) |
| 1/30/20 | 3.8 | Tel. Conf. w/ H. Rhulen re: computer claims and answer (.5), E-mails w/ clients re: computer hacking (NC), Tel. Conf. w/ clients re: draft 2nd amended complaint and new claims (1.3), Tel. Conf. w/ J. McFerrin-Clancy re: draft 2nd amended complaint (.5), Legal research re: Computer Fraud & Abuse Act (.3), Legal research re: Rekor cases on fee motion (1.2) |
| 1/31/20 | 2.3 | E-mails w/ J. Glatter, J. McFerrin-Clancy, and H. Rhulen re: discovery issues (.8), work on answer to new complaint (1.5) |



Unchanged Hours — 19.5
— 1.5
— 2.1
— 3.3

# ROBERT C. BONEBERG, ESQUIRE
43 Madison Avenue
Maplewood, New Jersey  07040
(973) 886-6576 (c)
bonebergesquire@gmail.com

3/2/2020

To: Suzanne Loughlin
    Harry Rhulen
    James Satterfield

Rekor Systems v Loughlin, et al.
Total Amount due: ███████

| Date | Time | Activity |
|---|---|---|
| 2/1/20 | 1.0 | Numerous e-mails w/ clients re: case strategy (NC) |
| 2/3/20 | 2.6 | Tel. Conf. w/ Rekor attorneys re: joint submission (.6), Tel. Conf. w/ J. McFerrin-Clancy re: joint submission (NC), E-mails w/ clients re: discovery (NC), Tel. Conf. w/ H. Rhulen re: discovery (.5), Edit interrogatories (.8), Draft joint letter to Court (.7), E-mails w/ J. Satterfield re: personal claim (NC) |
| 2/4/20 | 6.3 | Edit joint letter to Court and related Tel. Confs. w/ J. McFerrin-Clancy and clients (3.8), Tel. Confs. w/ Transperfect, J. McFerrin-Clancy, and clients re: electronic discovery (2.5), Review new judge notice and rules, and related e-mails to Clients and J. Glatter (NC) |
| 2/5/20 | 5.4 | Attend to e-mails and Tel. Conf. w/ J. McFerrin-Clancy re: case transfer (.3), Draft answer and related analysis of new complaint (3.5), Edit interrogatories and send to clients (.4), Tel. Confs. w/ H. Rhulen and S. Loughlin re: discovery and case strategy (1.2) |
| 2/6/20 | 5.3 | Tel. Conf. w/ J. Glatter and Court Chambers re: new judge, and related e-mails (.2), Tel. Conf. w/ J. Satterfield re: deleted e-mails and case strategy (.7), draft answer (3.0), Legal research re: personal jurisdiction (1.4) |
| 2/7/20 | 1.9 | Tel. Confs. w/ clients and J. McFerrin-Clancy re: discovery and Strategy (.1.4), Numerous e-mails w/ clients re: discovery and answer to new complaint (.5) |

Page 2

| 2//8/20 | 1.8 | Legal research re: spoliation (.8), work on e-mail deletion and preservation claims (1.0) |
|---|---|---|
| 2/9/20 | 2.8 | Work on e-mail and jurisdiction issues, review Rekor SEC filings, and review related e-mails from clients (2.0), Draft extension letter to Judge (1.0) |
| 2/10/20 | 6.2 | Edit and submit extension letter to Judge (.3), Edit pre-conference joint submission (.7), legal research re: personal jurisdiction (1.0), ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Edit answer (2.5), Tel. Confs. w/ H. Rhulen and J. Satterfield re: e-mail deletion and Rekor director NY activities (1.4), E-mails w/ clients and M. Eaton re: electronic discovery (NC) |
| 2/11/20 | 2.5 | Tel. Conf. w/ H. Rhulen re: e-mail issues and Rekor director NY activity (.5), Edit answer (2.0) |
| 2/12/20 | 4.4 | Edit and file status letter (.4), Draft discovery demand (1.0), Edit answer (3.0) |
| 2/13/20 | 6.9 | Legal research for fee reply brief and review Rekor brief (4.0), Tel. Confs. w/ H. Rhulen re: discovery, case strategy, and Firestorm documents (2.1), Tel. Conf. w/ J. McFerrin-Clancy re: discovery (.5), Edit discovery demand (.2), E-mail w/ J. Glatter re: discovery (.1), E-mails w/ clients re: discovery (NC) |
| 2/14/20 | 4.7 | Legal research re: effect of amended pleading (.3), Legal research re: advancement of fees (.8), Edit reply brief (2.5), E-mails w/ clients re: pre-closing disclosures and review attachments (.4), Tel. Conf. w/ J. McFerrin-Clancy re: discovery (NC), Tel. Confs. w/ H. Rhulen re: pre-closing disclosures and strategy (.7) |
| 2/15/20 | 1.9 | Legal research re: advancement cases and review related cases for reply brief (1.9) |
| 2/16/20 | 8.0 | Draft and edit reply memorandum for fee motion (8.0) |
| 2/17/20 | 1.8 | Edit reply memorandum for fee motion (1.5), Tel. Conf. w/ J. McFerrin-Clancy re: fee motion and case (.3) Tel. Conf. w/ S. Loughlin re: reply memorandum (NC), Attention to e-mails re: Atlanta server (NC) |
| 2/18/20 | 8.0 | Final edit and Shepardize reply memorandum (3.5), Edit document demand (1.5), Edit answer (2.0), Legal research re: Computer |

Page 3

Fraud & Abuse Act (1.0)

| 2/19/20 | 5.2 | Tel. Confs. w/ H. Rhulen and S. Loughlin re: Insurance coverage, discovery strategy, Rekor Corporate policies, and answer (1.5), edit answer (3.0), Legal research re: personal jurisdiction (.7) |
|---|---|---|
| 2/20/20 | 5.3 | Tel. Conf. w/ S. Loughlin re: warrants (NC), E-mails w/ J. Glatter re: Rule 26 (a) disclosure (NC), Legal research re: personal jurisdiction (2.0), Edit answer and review related documents (3.0), Tel. Conf. w/ J. McFerrin-Clancy re: discovery, fee motion, and answer (.3) |
| 2/21/20 | 4.8 | Tel. Conf. w/ H. Rhulen and J. Satterfield re: counterclaims (.5), File reply papers w/ Court and report to clients (1.0), Edit production demand and interrogatories (.3), Edit counterclaims (3.0) |
| 2/22/20 | 1.3 | Edit counterclaims (1.0), edit production demand and interrogatories (.3) |
| 2/23/20 | .5 | Edit counterclaims (.5) |
| 2/24/20 | 3.5 | Edit counterclaims and send to clients (3.5) |
| 2/25/20 | 5.8 | Edit and serve demand for production (.5), Tel. Conf. w/ J. McFerrin-Clancy re: discovery and counterclaims (.3), Tel. Conf. w/ S. Loughlin re: counterclaims (NC), Edit counterclaims and report to clients (5.0) |
| 2/26/20 | 3.0 | Edit counterclaims and related Tel. Conf. w/ H. Rhulen and S. Loughlin (3.0) |
| 2/28/20 | .4 | Filed answer and exhibits and related Tel. Conf. w/ J. McFerrin-Clancy (.4) |



Unchanged Hours — 40.3

— 17.2

— 3.5

— 22.5

— 16.5

# ROBERT C. BONEBERG, ESQUIRE
43 Madison Avenue
Maplewood, New Jersey 07040
(973) 886-6576 (c)
bonebergesquire@gmail.com

4/1/2020

To: Suzanne Loughlin
Harry Rhulen
James Satterfield

Rekor Systems v Loughlin, et al.
Total Amount due ███████

| Date | Time | Activity |
|------|------|----------|
| 3/2/20 | 1.0 | Edit interrogatories and 12 (c) memorandum (1.0) |
| 3/4/20 | .5 | Finalize and serve First Set of Interrogatories (.5) |
| 3/5/20 | 1.5 | Edit 12 (c) memorandum (1.5) |
| 3/6/20 | 1.0 | Draft Rule 26 (a) disclosure (1.0) |
| 3/8/20 | 1.0 | Draft Rule 26 (a) disclosure (1.0) |
| 3/9/20 | 2.0 | Draft Rule 26 (a) disclosure (2.0) |
| 3/10/20 | 2.0 | Edit and send Rule 26 (a) disclosure to clients (2.0) |
| 3/11/20 | 1.4 | Tel. Conf. w/ H. Rhulen re: Rule 26 (a) disclosure and warrant Instruments (1.0), Edit 12 (c) memorandum (.4) |
| 3/12/20 | .3 | Edit Rule 26 (a) disclosure and send to clients |
| 3/14/20 | 1.6 | Edit Rule 26 (a) disclosure (.2), E-mails w/ J. McFerrin-Clancy And clients re: Rule 26 (a) disclosure (.4), Tel. Conf. w/ H. Rhulen re: Rule 26 (a) disclosure (1.0) |
| 3/15/20 | .8 | Edit 12 (c) memorandum (.8) |
| 3/16/20 | 2.7 | Final edit or Rule 26 (a) disclosure and related e-mails w/ Clients, J. McFerrin-Clancy, and J. Glatter (2.7), Tel. Conf. w/ H. Rhulen re: Rule 26 (a) disclosure (NC) |

Page 2

| | | |
|---|---|---|
| 3/17/20 | 1.4 | Edit, finalize, and serve Rule 26 (a) disclosure and related e-mails (.6), Tel. Conf. w/ J. Satterfield and H. Rhulen re: Rule 26 (a) disclosure (.8) |
| 3/18/20 | 1.4 | Review Rekor SEC filings for 12 (c) motion (.5), Tel. Conf. w/ J. Satterfield and H. Rhulen re: Rekor 26 (a) disclosure (.7), Tel. Conf. w/ J. Boyd re: Firestorm Roswell, GA office (.2) |
| 3/19/20 | 3.0 | Edit 12 (c) memorandum and related research re: Rekor SEC filings (3.0) |
| 3/20/20 | 3.7 | Edit 12 (c) memorandum and report to clients (3.7) |
| 3/22/20 | .5 | Legal research re: judicial notice (.5) |
| 3/23/20 | 2.8 | Legal research re: judicial notice (.3), Tel. Conf. w/ H. Rhulen re: discovery and missing computer (NC), Edit 12 (c) memorandum and declaration (2.0), Review J. Park e-mail and related Tel. Conf. w/ J. McFerrin-Clancy re: discovery issues (.5) |
| 3/24/20 | 1.9 | Edit 12 (c) memorandum and download exhibits from SDNY (1.5), Draft and send e-mail to J. Park re: interrogatories and related Tel. Conf. w/ J. McFerrin-Clancy (.4) |
| 3/25/20 | 2.7 | Edit 12 (c) memorandum (2.5), E-mail w/ J. McFerrin-Clancy Re: 12 (c) motion (.2) |
| 3/26/20 | 2.9 | Edit 12 (c) memorandum (1.0), Tel. Conf. w/ J. Satterfield and H. Rhulen re: discovery and strategy (.9), Review Rule 26 (a) disclosure, draft e-mail to K. Fleischman, and send e-mail to J. McFerrin-Clancy (1.0) |
| 3/27/20 | NC | Edit and send e-mail to K. Fleischman re: disclosure issues (NC) |
| 3/29/30 | NC | Attention to e-mails with K. Fleischman and clients re: discovery Issues (NC) |
| 3/30/20 | 1.3 | Tel. Conf. w/ H. Rhulen re: motion to dismiss (.5), Legal research re: Rule 41 dismissal (.5), Review motion to dismiss (.3) |

Page 3

3/31/20    3.0         Review motion to dismiss (1.0), ████████████
                       ██████████████████), Tel. Conf. w/
                       H. Rhulen re: case strategy (NC)

████████████████

Unchanged Hours — 20.5
                    — 17.9

# ROBERT C. BONEBERG, ESQUIRE
43 Madison Avenue
Maplewood, New Jersey 07040
(973) 886-6576 (c)
bonebergesquire@gmail.com

5/1/2020

To: Suzanne Loughlin
Harry Rhulen
James Satterfield

Rekor Systems v Loughlin, et al.
Total Amount due: ███████

| Date | Time | Activity |
|------|------|----------|
| 4/1/20 | 2.6 | Draft stipulation and order (.4), Tel. Conf. w/ J. McFerrin-Clancy re: strategy (.7), Tel. Conf. w/ Clients re: strategy (1.1), ████████ ████████ |
| 4/2/20 | 3.3 | Edit 12 (c) motion (1.0), Review Rekor interrogatory responses (.3), Send proposed stipulation to K. Fleischman, related e-mails w/ K. Fleischman and clients, and related Tel. Confs. w/ clients and J. McFerrin-Clancy (2.0) |
| 4/3/20 | 1.3 | Draft Document demand and related e-mails w/ clients (.6), Leg. Res. re: Rule 34 (.3), Download SEC filings (.4), Follow up w/ J. Boyd re: Atlanta office (NC), Tel. Conf. w/ H. Rhulen re: disclosure (NC) |
| 4/4/20 | .7 | Edit Doc. Demand and related e-mails w/ clients (.5), Leg. Res. re: Rule 34 and missing documents |
| 4/6/20 | 3.3 | Edit and file Notice of Dismissal (.5), Leg. Res. Rule 12 (b) and Rule 41 (.6), Tel. Confs. w/ clients and J. McFerrin-Clancy re: Dismissal and strategy, and related e-mails w/ clients and K. Fleischman (2.0), Edit Doc. Demand (.2) |
| 4/7/20 | 3.2 | Review Clerk filing and send to clients (.2), Leg. Res. re: Rule 12 (b) time extension and related Tel. Conf. w/ J. McFerrin-Clancy (.5), Edit 12 (c) memorandum and declaration, review related SEC filings, transmit to J. McFerrin-Clancy (2.5) |
| 4/8/20 | 2.5 | ████████████ , Edit Doc. Demand and |

Page 2

interrogatories (1.3), Tel. Conf. w/ H. Rhulen re: discovery (NC)

| | | |
|---|---|---|
| 4/9/20 | 4.2 | Status report to clients (NC), |
| 4/10/20 | 2.1 | Edit 12 (c) memorandum and related Leg. Res. (.5), Review Rekor 10-K and related e-mails w/ clients re: Rekor practices (.3) |
| 4/12/20 | .5 | |
| 4/13/20 | 2.5 | Draft and edit 3rd Doc. Demand (.5), Tel. Conf. w/ H. Rhulen re: discovery and claims (.3) |
| 4/14/20 | 2.0 | Edit and serve 2nd Doc. Demand and edit 3rd Doc. Demand (1.0), Tel. Conf. w/ S. Loughlin re: Rekor board practices (NC) |
| 4/15/20 | 2.7 | Edit 12 (c) memorandum (.2), E-mails w/ M. Eaton re: electronic discovery (NC), Edit 3rd Doc. Demand and draft 4th Doc. Demand (2.0), |
| 4/16/20 | 3.5 | Finalize and serve 2nd Interrogatories and 4th Doc. Demand (2.0), Tel. Conf. w/ H. Rhulen re: disclosure and strategy (.6), Tel. Conf. w/ K. Fleischman and J. Glatter re: answer schedule and report to clients (.2), Tel. Conf. w/ J. McFerrin-Clancy re: strategy (.7) |
| 4/17/20 | 3.5 | Edit 4th Doc. Demand (2.0), Tel. Conf. w/ H. Rhulen re: claims. strategy, and disclosure (.5), |
| 4/18/20 | 4.0 | Edit 4th Doc. Demand, draft 5th Doc. Demand, review related pleadings and related documents (4.0) |
| 4/19/20 | 5.0 | Edit 3rd interrogatories and 4th Doc. Demand, and review pleadings And related client documents (5.0) |
| 4/20/20 | 3.6 | Legal research re: notice to admit (.2), Tel. Conf. w/ H. Rhulen and S. Loughlin re: discovery demands (.2), Review plaintiff's discovery demands (1.0), Tel. Conf. w/ J. Satterfield re: discovery (.7), draft and edit 3rd interrogatories and 4th Doc. Demand and |

Page 3

related e-mails w/ clients (1.5)

| 4/21/20 | 4.9 | Review plaintiff's discovery demands and related Tel. Conf. w/ J. McFerrin-Clancy (1.4), ▮▮▮▮▮▮ Draft 5th Doc. Demand (2.0), Edit and Serve 3rd Doc. Demand, 4th Doc. Demand, and 3rd Interrogatories (1.0) |

| 4/22/20 | 4.6 | Review answer to counterclaims and mark pleadings (1.0), Tel. Conf. w/ J. McFerrin-Clancy re: discovery and motion Strategy (.2), Tel. Confs. w/ H. Rhulen and J. Satterfield re: Discovery strategy (.9), Draft and edit 5th Doc. Demand (2.5) |

| 4/23/20 | 3.2 | Tel. Conf. w/ H. Rhulen re: work for Rekor and motions (.7), Work on 5th Doc. Demand and follow up on post-departure Rekor work (1.0), Edit 12 (c) motion and assemble SEC exhibits (1.5) |

| 4/24/20 | 1.7 | ▮▮▮▮ Finalize and serve 5th Doc. Demand (.4), Tel. Conf. w/ H. Rhulen and J. Satterfield re: work for Rekor and discovery (.4), Res. re: SEC Regs. Re: officer removal disclosure (.5) |

| 4/25/20 | 3.0 | Leg. Res. re: notices to admit, discovery of lit. hold letters, and summary judgment and fraud (3.0) |

| 4/26/20 | .6 | Prepare 12 (c) motion (.3), Draft 6th Doc. Demand (.3) |

| 4/27/20 | 5.0 | Draft 6th Doc. Demand (3.0), Tel. Conf. w/ H. Rhulen re: Discovery and strategy (.5), Assemble and file 12 (c) motion (1.5) |

| 4/28/20 | 3.5 | Tel. conf. w/ S. Loughlin re: emails (NC), Edit 6th Doc. Demand (3.0) |

| 4/29/30 | 4.9 | Tel. Confs. w/ H. Rhulen and J. Satterfield re: email deletion (1.6), Edit 6th Doc. Demand (3.3) |

| 4/30/20 | 2.8 | Tel. Conf. w/ J. Satterfield re: Dropbox (NC), Draft email to J. Glatter re: extension of time and related Tel. Conf. w/ J. McFerrin-Clancy (.8), Finalize 6th Doc. Demand (2.0) |



Unchanged Hours — 63.0
— 7.5
— 1.0

# ROBERT C. BONEBERG, ESQUIRE

43 Madison Avenue
Maplewood, New Jersey 07040
(973) 886-6576 (c)
bonebergesquire@gmail.com

6/1/2020

To: Suzanne Loughlin
Harry Rhulen
James Satterfield

Rekor Systems v Loughlin, et al.
Total Amount due: ███████

| Date | Time | Activity |
|------|------|----------|
| 5/1/20 | 1.4 | ███████ Leg. Res. re: Summary Judgment (.2), Research re: shareholder resolutions (.4), finalize and serve 6th Doc. Demand (.3) |
| 5/3/20 | .5 | Review Rekor document demands |
| 5/4/20 | 1.0 | Work on discovery issues (.5), Tel. Conf. w/ H. Rhulen re: claim strategy and disclosure (.5) |
| 5/5/20 | 3.4 | Tel. Conf. w/ H. Rhulen and S. Loughlin re: case strategy (1.0). Draft responses to Request to Admit (2.0), ███████ |
| 5/6/20 | 7.2 | Draft responses to Requests to Admit and related Tel. Conf. w/ J. Satterfield (3.9), Draft outline and Tel. Conf. w/ G. McCarthy (.5), Tel. Conf. w/ H. Rhulen and emails to clients re: State Court Claims (.5), Review Rekor email re: Fid. Duty and related legal Research (2.3) |
| 5/7/20 | 2.8 | Tel. Confs. w/ J. Satterfield and H. Rhulen re: disclosure, case Strategy, and witnesses (.8), Edit response to Notice to Produce (2.0) |
| 5/8/20 | 3.2 | Leg. Res. re: Corp. Fid. Duty (.7) and related Tel. Conf. w/ J. McFerrin-Clancy (.6) and draft and edit related email w/ K. Fleischman (.4), Draft and edit responses to Requests to Admit and transmit to J. McFerrin-Clancy (1.5) |

Page 2

| | | |
|---|---|---|
| 5/9/20 | 2.1 | Tel. Conf. w/ H. Rhulen re: discovery (NC), Review Rekor Objections to discovery (2.1) |
| 5/10/20 | 2.3 | Leg. Res. re: Rule 34 (NC), Review Rekor discovery objections And Rekor discovery demands to respond to letter (2.3) |
| 5/11/20 | 5.2 | Tel. Conf. w/ C. Kumpf (1.0), Tel. Conf. w/ J. Russell (1.0), Draft and edit discovery letter to K. Fleischman (3.2) |
| 5/12/20 | 2.7 | Edit and send discovery letter to K. Fleischman (.4), Prepare C. Kumpf notes (.7), Edit interrogatory responses and responses to Requests to Admit (1.0), Tel. Conf. w/ J. McFerrin-Clancy re: Discovery (.6) |
| 5/13/20 | 5.7 | Edit responses to Requests to Admit and draft interrogatory Responses (5.0), Prepare Russel notes (.7). Tel. Conf. w/ J. McFerrin-Clancy re: discovery (NC), Tel. Conf. w/ H. Rhulen re: case strategy (NC) |
| 5/14/20 | 5.2 | Edit and send interrogatory responses and verification to clients (4.3) and related Tel. Conf. w/ H. Rhulen re: discovery issues (.7), Review Rekor documents response (.2) |
| 5/15/20 | 2.5 | Draft letter to Judge re: motion schedule and review related Documents (.7), Tel. Conf. w/ H. Rhulen re: case strategy (NC), Edit documents response (1.2), Tel. Conf. w/ H. Rhulen re: Case strategy (.6) |
| 5/16/20 | 4.0 | Edit interrogatory response (2.0), Tel. Conf. w/ H. Rhulen re: Doc. Response (1.4), Tel. Conf. w/ J. Satterfield re: discovery (NC), Tel. Conf. w/ S. Loughlin re: discovery (NC), Tel. Conf. w/ J. McFerrin-Clancy re: draft interrogatory responses (.6) |
| 5/17/20 | 5.3 | Edit Response to Requests to Admit (4.0), Tel. Conf. w/ J. McFerrin-Clancy re: discovery (.3), edit Doc. Response (1.0) |
| 5/18/20 | 6.0 | Edit Doc. Response (4.5), Review FBC letter and Interrogatory Response (.2), Tel. Conf. w/ J. Satterfield re: disclosure (.8), Tel. Conf. w/ H. Rhulen re: disclosure (.5) |
| 5/19/20 | 4.4 | Tel. Confs. w/ J. McFerrin-Clancy and opposing counsel re: discovery disputes and report to clients (1.4), Review Def. discovery demands, FBC letter, and draft response (3.0) |

Page 3

| | | |
|---|---|---|
| 5/20/20 | 2.0 | Legal research re: summary judgment (.5), Tel. Conf. w/ H. H. Rhulen re: Ins. (NC), Edit interrogatory responses and S. Loughlin verification (.3), Tel. Conf. w/ H. Rhulen re: Disclosure (.4), Edit interrogatory responses (.8), Tel. Conf. w/ J. McFerrin-Clancy re: disclosure (NC) |
| 5/21/20 | 1.0 | Tel. Conf. w/ J. McFerrin-Clancy re: disclosure (NC), Review Response to 3rd Doc. Demand and report to clients (.5), Edit stipulation of dismissal (.3), Emails w/ FBC re: Time extensions (.2) |
| 5/22/20 | 2.5 | Review letter to Judge re: extension of time (NC), Tel. Conf. w/ J. McFerrin-Clancy re: discovery (.4), Tel. Confs. w/ J. Satterfield re: franchises (.3), Edit responses to Requests to Admit and send to clients (1.5), Leg. Research re: summary judgment (.3) |
| 5/23/20 | 1.7 | Leg. Research re: summary judgment (1.3), Attention to discovery documents and related emails (.4) |
| 5/26/20 | 2.5 | Serve Disc. Responses and related Tel. Conf. w/ J. McFerrin-Clancy (1.0), ████████████████████████ |
| 5/27/20 | 2.9 | Tel. Conf. w/ J. Squire re: facts (.9), ████████████████ |
| 5/28/20 | .5 | Review interrogatory responses (.2), Review 12 (c) opposition (.3) |
| 5/29/30 | 4.0 | Tel. Confs. w/ H. Rhulen and S. Loughlin re: Ins. Coverage and 12 (c) opposition (1.3), Review papers for 12 (c) reply (1.0), Leg. Research for 12 (c) reply (1.7) Edit 6th Doc. Demand (3.3) |
| 5/30/20 | 1.6 | Leg. Research for 12 (c) reply (1.6) |
| 5/31/20 | 2.5 | Leg. Research for 12 (c) reply (2.5), Review Rekor Mem. and 2nd Amended Complaint (1.0), Tel. Conf. w/ H. Rhulen re: due diligence activities |

=



Unchanged Hours — 78.9

— 7.1

# ROBERT C. BONEBERG, ESQUIRE
43 Madison Avenue
Maplewood, New Jersey 07040
(973) 886-6576 (c)
bonebergesquire@gmail.com

7/2/2020

To: Suzanne Loughlin
Harry Rhulen
James Satterfield

Rekor Systems v Loughlin, et al.
Total Amount due: ██████

| Date | Time | Activity |
|------|------|----------|
| 6/1/20 | 3.5 | Tel. Conf. w/ H. Rhulen re: Ins. and case strategy (.5), Leg. Res. re: fraud v. contract claims (1.0), Review Docs. re: summary judgment and related emails w/ G. Silver, J. McFerrin-Clancy, and clients (2.0), Review clerk notice and corrected filings (NC) |
| 6/2/20 | 1.5 | Leg. Res. re: summary judgment (.5), Tel. Conf. w/ L. Satterfield re: financial statements (NC), Work on financial statement history, fraud v. contract, and summary judgment (1.0) |
| 6/3/20 | 3.2 | Tel. Conf. w/ clients re: financial statements, claims, and case Strategy (.9), work on summary judgment issues (.3), ██████ |
| 6/4/20 | .4 | ██████ |
| 6/5/20 | 1.1 | Edit and transmit stipulation of dismissal (.3), Draft reply memorandum (.5), Tel. Conf. w/ J. McFerrin-Clancy re: case strategy (.3) |
| 6/8/20 | 1.4 | Draft Rule 56.1 Statement and work on summary judgment (1.0), Prepae Squire interview notes (.4) |
| 6/9/20 | 6.0 | Draft reply memorandum and related legal research (6.0) |
| 6/10/20 | 5.8 | Review Rekor Doc. Response and send to clients (.3), Draft reply memorandum and related legal research (5.5) |
| 6/11/20 | 5.3 | Tel. Conf. w/ J. McFerrin-Clancy re: case strategy and discovery (.8), draft reply memorandum (4.5) |

Page 2

| | | |
|---|---|---|
| 6/12/20 | 6.0 | Email to K. Fleischman re: discovery issues (NC), draft and Edit reply memorandum and related legal research (6.0), Tel. Conf. w/ J. McFerrin-Clancy re: discovery issues (NC) |
| 6/13/20 | 1.5 | Review documents and draft disclosure letter to K. Fleischman (1.5) |
| 6/14/20 | 2.0 | Edit and reply memorandum to clients (.5), draft disclosure Letter to K. Fleischman (1.5) |
| 6/15/20 | 1.5 | Edit disclosure letter to K. Fleischman (1.5) |
| 6/16/20 | 1.7 | Edit and send K. Fleischman letter (1.5), Tel. Conf. w/ J.McFerrin-Clancy re: disclosure letter and issues (.2), Emails w/ Clients re; discovery letters and documents (NC) |
| 6/17/20 | 4.1 | Edit 12 (c) memorandum and related legal research (3.0), Review FBC letter and related documents and Tel. Conf. w/ J. McFerrin-Clancy (1.1) |
| 6/18/20 | 4.6 | Edit 12 (c) reply memorandum (3.0), Prepare for meet and confer, annotate FBC demand letter (1.0), Tel. Conf. w/ J. McFerrin-Clancy re: meet and confer (.6) |
| 6/19/20 | 3.6 | Preparation for and conduct meet and confer (2.7), and related Tel. Conf. w/ J. McFerrin-Clancy (NC), and reports to clients (.3), and Tel. Conf. w/ H. Rhulen (.3), Legal research for reply memorandum (.3) and edit reply memorandum (NC) |
| 6/20/20 | .7 | Legal research re: summary judgment (.7), Edit 12 (C) Memorandum (NC) |
| 6/21/20 | 1.5 | Final edit and shepardize 12 (c) reply memorandum and send To J. McFerrin-Clancy (1.5) |
| 6/22/20 | 3.0 | Tel. Conf. w/ J. McFerrin-Clancy re: discovery (NC), Tel. Conf. w/ H. Rhulen and S. Loughlin re: discovery (1.7), Draft 4th interrogatories (.7), Prepare for meet and confer (.4) Leg. Research re: summary judgment (.2), File 21 (c) memorandum (NC) |
| 6/23/20 | 1.5 | Prepare for and hold meet and confer, report to clients, and Related Tel. Conf. w/ J. McFerrin-Clancy (1.5) |

| | | |
|---|---|---|
| 6/24/20 | 4.1 | Hold discovery meet and confer (2.3) and related Tel. Conf. w/ J. McFerrin-Clancy (NC), and report to clients (NC), Legal research re: discovery rules (.3), Draft letter to court re: discovery (1.5) |
| 6/25/20 | 1.2 | Legal research re: discovery rules (.2) Draft and edit letter to Judge Re: discovery (1.0) |
| 6/26/20 | 1.9 | Tel. Conf. w/ J. Satterfield re: Dropbox (NC), Hold discovery meet and confer w/ FBS (1.9) |
| 6/27/20 | .8 | Tel. Conf. w/ J. McFerrin-Clancy re: discovery (.5), ▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓Conf. w/ H. Rhulen re: case strategy (NC) |
| 6/28/20 | 5.0 | Edit letter to Judge and related legal research and document review (2.0), ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ |
| 6/29/20 | 4.6 | Prepare for Russell and Ruffcorn interviews (.5), ▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, Edit Letter to Judge and related legal research and email w/ J. McFerrin-Clancy (3.0) |
| 6/30/20 | <u>2.2</u> | Tel. Conf. w/ W. Ruffcorn re: case facts, prepare notes and report To clients (1.7), Edit Liman letter and draft attachment (.5) |

= 

▓▓▓▓▓▓▓▓▓▓

Unchanged Hours — 42.1

— 30.8