```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
REKOR SYSTEMS, INC.,                                             :
                                                                 :
                       Plaintiff,                                :
                                                                 :         19-cv-7767 (LJL)
        -v-                                                      :
                                                                 :             ORDER
SUZANNE LOUGHLIN, et al,                                         :
                                                                 :
                       Defendants.                               :
                                                                 :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/08/2022

LEWIS J. LIMAN, United States District Judge:

Defendants request a modification of the schedule in this matter. Dkt. No. 211. Plaintiff has agreed to the proposed changes subject to the Court's approval. *Id.* The Court hereby approves the following:

- All currently scheduled depositions are to proceed as scheduled.

- De Feo and Squire are to be deposed on dates between March 23 and March 31, 2022.

- The depositions of Plaintiff's two experts are to be held on dates to be agreed upon during the week of April 4, 2022.

- Expert discovery and all discovery shall be concluded by April 8, 2022.

- Requests to admit shall be served by April 8, 2022

- The post-discovery status conference scheduled for April 5, 2022 is rescheduled to April 12, 2022 at 10:00 a.m. and will proceed telephonically. Parties are directed to dial into the Court's teleconference line at 888-251-2909 and use access code 2123101.

- The deadline for Plaintiff's summary judgment motion is extended to April 29, 2022.

SO ORDERED.

Dated: March 8, 2022
       New York, New York

_____
LEWIS J. LIMAN
United States District Judge