```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/05/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
REKOR SYSTEMS, INC.,                                             :
:
Plaintiff,                      :
:                       19-cv-7767 (LJL)
-v-                                        :
:                            ORDER
:
SUZANNE LOUGHLIN, et al.,                                        :
:
Defendants.                     :
:
-----------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      This Order resolves an administrative matter in this case.  On April 6, 2020, Defendants filed a notice of dismissal, seeking to dismiss their counterclaims as to the individual counterclaim defendants pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), (c).[1]  Dkt. No. 73.  Rule 41, however, addresses dismissal of actions rather than dismissal of parties.  Treating that application as addressed to the Court's power under Rule 15 or Rule 21 or its inherent power, the Court dismisses the counterclaims as against Robert A. Berman, Eyal Hen, James K. McCarthy, Paul A. de Bary, Glenn Goord, Christine Harada, David Hanlon, Richard Nathan, and Steven D. Croxton without prejudice.

      The Clerk of Court is respectfully directed to terminate Robert A. Berman, Eyal Hen, James K. McCarthy, Paul A. de Bary, Glenn Goord, Christine Harada, David Hanlon, Richard Nathan, and Steven D. Croxton from the case.

      SO ORDERED.

Dated: August 5, 2022
      New York, New York
                                            LEWIS J. LIMAN
                                       United States District Judge

---

[1] The Court's November 23, 2020 Opinion and Order recounts how "Defendants confirmed at [a] November 12, 2020 conference with the Court that they had withdrawn their counterclaims against all Additional Individual Counterclaim Defendants"—defined to be Berman, Hen, McCarthy, de Bary, Goord, Harada, Hanlon, Nathan, and Croxton.  Dkt. No. 104 at 7.