```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
REKOR SYSTEMS, INC.,                                             :
                                                                 :
                        Plaintiff,                               :
                                                                 :      19-cv-7767 (LJL)
        -v-                                                      :
                                                                 :          ORDER
SUZANNE LOUGHLIN, et al.,                                        :
                                                                 :
                        Defendants.                              :
                                                                 :
-----------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

      On November 15, 2022, Defendants filed a letter motion to compel Plaintiff to satisfy its obligations under the attorney fee advancement order.  Dkt. No. 329; *see also* Dkt. Nos. 104, 322.  Plaintiff filed a response on November 16, 2022.  Dkt. No. 330.  In addition, on November 29, 2022, Plaintiff submitted its reasonable expenses pursuant to the Court's August 5, 2022 order on the motion for sanctions.  Dkt. No. 331.  On December 2, 2022, the Court held a conference on this matter.  This order memorializes the decisions of the Court at the conference.

      Defendants shall file a formal motion in support of its request for an order regarding the advancement of attorneys' fees by December 16, 2022.  The motion shall also address any objection Defendants has to Plaintiff's reasonable expenses.  Plaintiff shall file its opposition by January 2, 2023, along with a reply if any with respect to the application for reasonable expenses.  Defendants shall file their reply by January 9, 2023, limited to the issue of advancement of attorneys' fees.  The parties are directed to meet and confer in advance of the filing of Defendants' formal motion.

      SO ORDERED.

Dated: December 2, 2022  
       New York, New York  
                                                  LEWIS J. LIMAN  
                                                United States District Judge

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #:  
DATE FILED: 12/2/2022